UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**EPIFANIO TAPIAS**,

Plaintiff,

vs.

**JUAN GONZALEZ, AS TRUSTEE OF THE GONZALEZ FAMILY TRUST**; and DOES 1 to 10,

Defendants.

Case No.: 2:26-cv-04013-MAR
[*Honorable Margo A. Rocconi*]

**~~PROPOSED~~ JUDGMENT RE: DEFAULT JUDGMENT**

Date: October 28, 2026
Time: 11:00 a.m.
Courtroom: 790, 7th Floor

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff EPIFANIO TAPIAS shall have JUDGMENT in Plaintiff's favor in the amount of $2,806.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $6,806.00, against Defendant JUAN GONZALEZ, AS TRUSTEE OF THE GONZALEZ FAMILY TRUST.

//

//

//

//

Additionally, Defendant JUAN GONZALEZ, AS TRUSTEE OF THE GONZALEZ FAMILY TRUST, is ordered to provide a proper accessible parking space at the property located at or about 7409 S. Central Ave., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 10/23/26

Margo A. Rocconi
United States Magistrate Judge